**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SCOTTY HENKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. 4:24-cv-1083 PLC |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Scotty Henke's application for attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  [ECF No. 15]  Plaintiff requests an award of $5,219.20, representing 20.6 hours of attorney work at hourly rates between $252.00 and $266.00. [ECF Nos. 15 & 15-1]  Plaintiff attaches an "Itemized Invoice for Legal Services[,]" an affidavit of counsel, and "Plaintiff's Affidavit and Assignment of EAJA Fee" in which he assigned any court-awarded fee to his attorney, the Parmele Law Firm. [ECF Nos. 15-1, 15-2, 15-3]

Defendant filed a response to Plaintiff's application for attorney fees, in which he states: "Defendant has no objection to Plaintiff's request for attorney fees under the EAJA in the amount of $5,219.20." [ECF No. 16] Defendant requests that the Court "enter an order specifically awarding attorney fees of $5,219.20" to be paid by the Social Security Administration. [ECF No. 16] Defendant notes, however, that any award of attorney fees is subject to offset to satisfy any preexisting debt Plaintiff owes to the United States.  *See Astrue v. Ratliff*, 560 U.S. 586 (2010).

After careful consideration,

**IT IS HEREBY ORDERED** that Plaintiff's application for award of attorney fees [ECF No. 15] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is awarded EAJA attorney fees in the amount of $5,219.20, subject to offset for any preexisting debt that Plaintiff owes to the United States.  After determining whether Plaintiff owes any debt to the United States that is subject to offset, Defendant is directed to pay the EAJA fees directly to Plaintiff's attorney.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of July, 2026